1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10                        WESTERN DIVISION

11  MICHAEL A. LARRY,                    )
                                         )
12                 Petitioner,           )  Case No. CV 97-2649 PSG (AJW)
                                         )
13           v.                          )
                                         )  ORDER ACCEPTING REPORT AND
14  M. L.SMITH, et al.,                  )  RECOMMENDATION OF
                                         )  MAGISTRATE JUDGE
15               Respondents.            )
    _____)

16

17       Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed

18  the entire record in this action, and the Report and Recommendation

19  of United States Magistrate Judge ("Report").  No objections to the

20  Report have been filed within the time allowed.  The Court concurs

21  with and accepts the findings of fact, conclusions of law, and

22  recommendations contained in the Report.

23       DATED:  __March 27, 2012_____

24

25                                _____

26                                Philip S. Gutierrez
                                  United States District Judge

27

28