UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICHAEL A. LARRY, | ) |
| | ) |
| Petitioner, | ) Case No. CV 97-2649 PSG (AJW) |
| | ) |
| v. | ) |
| | ) ORDER ACCEPTING REPORT AND |
| M. L. SMITH, et al., | ) RECOMMENDATION OF |
| | ) MAGISTRATE JUDGE |
| Respondents. | ) |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). No objections to the Report have been filed within the time allowed. The Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report.

DATED:  __March 27, 2012_____

_____
Philip S. Gutierrez
United States District Judge