UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **MICHAEL A. LARRY,** | ) |
| | ) Case No. CV 97-2649-PSG (AJW) |
| Petitioner, | ) |
| | ) |
| v. | ) JUDGMENT |
| | ) |
| **M.L. SMITH, et al.,** | ) |
| | ) |
| Respondents. | ) |

**It is hereby adjudged** that the petition for a writ of habeas corpus is denied.

Dated: ____March 27, 2012_____

_____
Philip S. Gutierrez
United States District Judge