UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

**MICHAEL A. LARRY,**

      **Petitioner,**

  v.

**M.L. SMITH, et al.,**

      **Respondents.**

Case No. CV 97-2649-PSG (AJW)

JUDGMENT

**It is hereby adjudged** that the petition for a writ of habeas corpus is denied.

Dated: ____March 27, 2012_____

_____
Philip S. Gutierrez
United States District Judge